445

No. 39622.—Protests 649427–G, etc., of B. Altman & Co., Ltd. (New York).

Opinion by TILSON, J.   Outerwear, knit, in chief value of wool, similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 percent ad valorem and 50 cents per pound under paragraph 1114 as claimed.

No. 39623.—Protests 466063–G, etc., of Hattie Carnegie, Inc., et al. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39624.—Protests 803228–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39625.—Protest 891278–G of Chas. Happel, Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of fortune telling cards, not playing cards.   The claim at 30 cents per pound under paragraph 1406 was therefore sustained.

No. 39626.—Protest 920757–G of J. L. Hudson Co. (Detroit).

Opinion by KINCHELOE, J.   The chemist reported that the merchandise consists of cloth containing rayon waste in chief value of cotton with a staple under 1⅛ inches, woven with 8 or more harnesses, wool content 1.27 percent.   As the cloth contained not only more than one percent of wool but also rayon waste, it was held properly classified under paragraph 906.   *Schenkers* v. *United States* (T. D. 44916) distinguished.   *Cosmos* v. *United States* (21 C. C. P. A 124, T. D. 46449) followed.

No. 39627.—Protests 699767–G, etc., of Electrolux, Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the protests were sustained.